An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL RIGHTS AS TO: PRESIOUS RAIN DIVINYA EDGAR, A MINOR CHILD.

DIXIE MARIE EDGAR,
Appellant,
vs.
PRESIOUS RAIN DIVINYA EDGAR;
AND STATE OF NEVADA
DEPARTMENT OF FAMILY
SERVICES,
Respondents.

No. 66886

**FILED**

APR 2 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On March 5, 2015, this court entered an order denying without prejudice appellant's motion to proceed in forma pauperis. The order instructed appellant to first seek leave to proceed in forma pauperis in the district court. Further, the order cautioned appellant that failure to properly seek leave to proceed in forma pauperis in the district court or to pay the filing fee within 30 days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise communicated with this court. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

15-12454

cc: Hon. Richard Wagner, District Judge
Dixie Marie Edgar
Jack T. Bullock, II
Humboldt County District Attorney
Humboldt County Clerk

